No. 149. GLOVER ET AL. *v.* OFFICERS AND MINISTER OF THE CONGREGATIONAL CHURCH OF HARTFORD, KNOWN AS THE CENTER CHURCH. Supreme Court of Errors of Connecticut. Certiorari denied. *Edward McFadden, Jr.* for petitioners. *Valentine J. Sacco* for respondents.

No. 151. NILVA ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Ross O'Donoghue, Robert M. Scott* and *John W. Graff* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 154. JOHNSON ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *John J. Burns* for petitioners. *Solicitor General Sobeloff* and *William H. Timbers* for the Securities and Exchange Commission; and *Daniel James* for the Electric Power & Light Corporation, respondents.

No. 155. LATTA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *C. Brewster Rhoads* and *Donald McDonald* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, John R. Benney, Ellis N. Slack* and *L. W. Post* for respondent.

No. 156. AIR DEVICES, INC. *v.* AIR FACTORS, INC. ET AL. C. A. 9th Cir. Certiorari denied. *James C. Ledbetter* for petitioner. *C. A. Miketta* for respondents.

No. 158. QUALITY EGG SHIPPERS, INC. ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Irving M. Wolff* for petitioners. *Solicitor General So-*

*beloff, Assistant Attorney General Olney, Beatrice Rosen-berg* and *Joseph A. Barry* for the United States.

No. 160. AGHNIDES *v.* GOODRIE ET AL. C. A. 7th Cir. Certiorari denied. *Albert L. Ely* for petitioner. *Harry W. Lindsey, Jr.* and *Albert J. Fihe* for respondents.

No. 165. FORT WORTH & DENVER RAILWAY Co. *v.* PRINE. C. A. 5th Cir. Certiorari denied. *L. A. White* for petitioner. *George S. McCarthy, John H. Merchant* and *J. O. Fitzjarrald* for respondent.

No. 168. FORTEE PROPERTIES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Irwin D. Shapiro* for petitioner. *Solicitor General So-beloff, Assistant Attorney General Holland, Ellis N. Slack* and *Robert N. Anderson* for respondent.

No. 169. MARACHOWSKY ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *David A. Canel* and *Jacob Geffs* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 170. SULLI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John R. Parkhill* and *Miles H. Draper* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.